UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
_____
                               :
PHILIP GREGORY MADDELIN,       :
                               :   Civil Action No. 08-4853 (NLH)
            Plaintiff,         :
                               :
       v.                      :         O R D E R
                               :         (CLOSED)
ATLANTIC COUNTY JUSTICE        :
FACILITY, et al.,              :
                               :
            Defendants.        :
_____:
```

The Court having considered Plaintiff's application to proceed in forma pauperis and file the complaint without prepayment of fees pursuant to 28 U.S.C. § 1915; and the Court having screened the complaint to determine whether dismissal is warranted pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A;

It is on this 20th day of July, 2009,

ORDERED that Plaintiff may proceed in forma pauperis without prepayment of the $350.00 filing fee pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

ORDERED that the Clerk of the Court is directed to file the complaint in the above-captioned action; and it is further

ORDERED that defendants Atlantic County Justice Facility and Joseph P. Swift are hereby DISMISSED from this action, WITH prejudice; and it is further

ORDERED that all other defendants and claims shall be DISMISSED from this action, WITHOUT prejudice, for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1)(federal claims), and pursuant to 28 U.S.C. § 1367(c)(3)(state law claims); and it is further

ORDERED that the Clerk of the Court shall close this case; and it is further

ORDERED that, within 45 days from the date this Order is entered, Plaintiff may move to reopen his case, attaching to any such motion a proposed amended complaint which addresses the deficiencies of the complaint as stated in the Opinion accompanying this Order.

                                       /s/ NOEL L. HILLMAN  
                                       NOEL L. HILLMAN  
                                       United States District Judge

At Camden, New Jersey